IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CR-00109-M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| EMMANUEL WESNER JEAN, ) | |
| Defendant. ) | |

This matter comes before the court on the Government's Motions to Unseal Docket Entry 32 [DE 34, DE 35]. For good cause shown, the motions are GRANTED. The Clerk of the Court is DIRECTED to unseal the document at DE 32.

SO ORDERED this 27th day of February, 2023.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE